# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

October 4, 2021

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge

10/8/2021

<u>VIA CM/ECF</u>
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 15C
New York, NY 10007

        Re:    Keung v. Fortune Meat Market Inc. et al.
                 Case 1:21-cv-06693-LJL

Dear Judge Liman:

      The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 14, 2021, at 2:00 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9]. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

      Thank you for your consideration of this first adjournment request.

                                   Sincerely,

                                   By: /S/   B. Bradley Weitz_____
                                      B. Bradley Weitz, Esq. (BW9365)
                                      THE WEITZ LAW FIRM, P.A.
                                      Attorney for Plaintiff
                                      Bank of America Building
                                      18305 Biscayne Blvd., Suite 214
                                      Aventura, Florida 33160
                                      Telephone: (305) 949-7777
                                      Facsimile:  (305) 704-3877
                                      Email: bbw@weitzfirm.com